HAMILTON G. STENERSEN, Respondent, v. HAROLD L. JUDD and Another, Appellants, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN W. LEVITAN, Appellant, v. NATHANIEL LIPSETT, Doing Business under the Firm Name, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIP ALLENSON, as Administrator, etc., of ANNA ALLENSON, Deceased, Appellant, v. ARTHUR M. MUNDT, Respondent.— Order so far as appealed from modified by denying the motion to vacate as to items 3, 4 and 5. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SIMON TAITEL and Another, Respondents, v. WESTCHESTER FIRE INSURANCE COMPANY and Another, Appellants.— Order modified by denying the motion to vacate as to items 2 and 3 and reinstating the notice as to said items. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MEYER GREENSPAN, Respondent, v. CARL H. PEARSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NATHAN ROSENBERG, Appellant, v. SOPHIE ROSENBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MATTHEW I. LEBOLT, Respondent, v. SHOLIEM JOLLOWSKY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HUGH A. SHROEDER & Co., INC., Appellant, v. MAX GREENBERG and Another, Doing Business under the Firm Name, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILLIE KAY, an Infant, by FRANCIS KAY, Her Guardian ad Litem, Appellant, v. FIFTH AVENUE COACH COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.